No. 09–10810.  HALL *v.* BOATWRIGHT, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 09–10814.  GOODEN *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 09–10817.  FORD *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 09–10818.  FOX *v.* UPTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 09–10823.  ARRINGTON *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 09–10828.  OSTERBACK *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 09–10829.  PINGARO *v.* AMERIQUEST MORTGAGE CO. ET AL. App. Ct. Mass.  Certiorari denied.

No. 09–10832.  LEWIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10833.  ANDREW J. *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 09–10834.  WITHEROW *v.* SALLING ET AL.  C. A. 9th Cir. Certiorari denied.

No. 09–10835.  CEJAS *v.* BLANAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–10837.  WEST *v.* HALLET ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 09–10838.  WEST *v.* HUIBREGTSE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 09–10839.  WEST *v.* OVERBO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 09–10840.  WARREN *v.* NAPOLI, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.